PAUL F. DeMEESTER (CA SBN 148578)
Attorney at Law
1766A - 18th Street
San Francisco, California 94107
415.305.7280; 415.861.2695 (fax)
e-mail: paulfdemeester@msn.com

Attorney for Defendant FERNANDO VISEU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0565-10 JSW (~~EL~~) (EDL) |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT INTERNATIONAL TRAVEL FROM OCTOBER 24, 2012 THROUGH NOVEMBER 22, 2012** |
| vs. | |
| FERNANDO VISEU, | |
| Defendant. | |
| _____/ | |

## **STIPULATION**

Defendant FERNANDO VISEU has been on pretrial release since his initial appearance before the magistrate court on August 2, 2010. As a condition of his release, Mr. Viseu was required to surrender his United States passport to the Clerk of the Court. The passport is currently being held by Pretrial Services. A further condition is that Mr. Vise not travel outside the United States without the permission of the Court.

Mr. Viseu now wishes to travel to Macau, near Hong Kong, to visit his elderly and ailing mother-in-law and his two adult sons (son and stepson). Mr. Viseu requests

_____
Defendant Fernando Viseu's Travel Permission Stipulation

1

1  permission to leave the country on October 24, 2012, and return to San Francisco on
2  November 22, 2012.  Neither Pretrial Services nor the Government object to the
3  modification of Mr. Viseu's release conditions to accommodate this trip.
4
5        Accordingly, the parties agree and stipulate that the conditions of release should
6  be modified to permit Mr. Viseu to travel from his home in San Francisco to Macau from
7  October 24, 2012 through November 22, 2012.  The parties further agree and stipulate
8  that Pretrial Services shall return Mr. Viseu's passport to Mr. Viseu on October 22, 2012,
9  and that Mr. Viseu shall return the passport to Pretrial Services upon his return to San
10 Francisco, and at any rate no later than November 26, 2012.  The parties further agree
11
12 and stipulate that Mr. Viseu shall provide Pretrial Services with any and all requested
13 information concerning the logistics of his travel.
14 DATED: October 15, 2012.

                _____/s/_____
                PAUL F. DeMEESTER
                Attorney for Mr. Fernando Viseu

                _____/s/_____
                DEBORAH R. DOUGLAS
                Assistant United States Attorney

SO ORDERED on October __16__, 2012.

_____
HON. ELIZABETH D. LAPORTE
UNITES STATES MAGISTRATE JUDGE

_____
Defendant Fernando Viseu's Travel Permission Stipulation

2